IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:14-cv-02047-TWP-DML |
| FRANKLIN COUNTY, INDIANA, | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel of record for all plaintiffs in this case.

    I certify that I am admitted to practice in this Court.

    _/s/ Gavin M. Rose_____
    Gavin M. Rose
    ACLU OF INDIANA
    1031 E. Washington St.
    Indianapolis, IN  46202
    317.635.4059, x106
    <grose@aclu-in.org>

    *Attorney for the plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certified that a true copy of the foregoing was filed electronically on this 16th day of December, 2014.  Parties may access this filing through the Court's electronic system.  I further certify that a true copy of the foregoing was sent to the following parties by first-class U.S. mail, postage pre-paid, on this 16th day of December, 2014.

Franklin County, Indiana
c/o County Commissioners
Franklin County Government Center
1010 Franklin Ave.
Brookville, IN  47012


      /s/ Gavin M. Rose
Gavin M. Rose
Attorney at Law