AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of INDIANA

FREEDOM FROM RELIGION FOUNDATION, et al.

V.

FRANKLIN COUNTY, INDIANA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:14-cv-2047-TWP-DML

TO: (Name and address of Defendant)

Franklin County, Indiana
c/o County Commissioners
Franklin County Government Center
1010 Franklin Ave.
Brookville, IN 47012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46204

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 1300 S. Harrison Street, Fort Wayne, Indiana 46802, within a reasonable period of time after service.

*CLERK OF COURT*, Laura A. Briggs

BY: _Amy McClellen_
*Deputy Clerk*

12/16/2014

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER *(PRINT)*      TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

           Date            *Signature of Server*

           *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.