IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FRANKLIN COUNTY, INDIANA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) No. 1:14-cv-02047-TWP-DML |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Plaintiff Freedom From Religion Foundation ("FFRF"), by its counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure respectfully files its Corporate Disclosure Statement in this cause:

FFRF has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

**WHEREFORE,** FFRF files its Corporate Disclosure Statement in this cause, and requests all proper relief.

1

*/s/ Gavin M. Rose*
Gavin M. Rose,
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
grose@aclu-in.org

Rebecca S. Markert
*Motion for admission pro hac vice to be filed*
Sam Grover
*Motion for admission pro hac vice to be filed*
Freedom from Religion Foundation
P.O. Box 750
Madison, WI  53701
608/256-8900
fax: 608/204-0422
rmarkert@ffrf.org
sgrover@ffrf.org

*Attorneys for the plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certified that a true copy of the foregoing was filed electronically on this 16th day of December, 2014.  Parties may access this filing through the Court's electronic system.  I further certify that a true copy of the foregoing was sent to the following parties by first-class U.S. mail, postage pre-paid, on this 16th day of December, 2014.

Franklin County, Indiana
c/o County Commissioners
Franklin County Government Center
1010 Franklin Ave.
Brookville, IN  47012

 */s/ Gavin M. Rose*_____
Gavin M. Rose
Attorney at Law

2