# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., STEVE KRISTOFF, RENANA GROSS, <br><br> Plaintiffs, <br><br> vs. <br><br> FRANKLIN COUNTY, INDIANA, <br><br> Defendant. | No. 1:14-cv-02047-TWP-DML |

## SCHEDULING ORDER

This matter is before the Court on Plaintiffs' Motion for Preliminary Injunction (Dkt. 6). The motion is set for hearing on <u>Friday, December 19, 2014 at 9:00 a.m</u>. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana. Counsel for Plaintiff shall serve a copy of this order on Defendant.

Date: 12/16/2014

*[signature]*
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org