AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. <br> STEVE KRISTOFF, <br> RENANA GROSS, <br><br> vs. <br><br> FRANKLIN COUNTY, INDIANA | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:14-cv-02047-TWP-DML <br> ) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Date: December 18, 2014

s/ John O. Worth
*Attorney's signature*

John O. Worth   #1376-70
*Printed name and bar number*

136 East 2nd Street, Rushville, IN  46173
*Address*

worthlaw@hotmail.com
*E-mail address*

765-932-2242
*Telephone number*

765-932-2928
*FAX number*