
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| Freedom from Religion Foundation, Inc. Steve Kristoff, and Renana Gross, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:14-cv-02047-TWP-DML |
| v. | ) District Judge Tanya Walton Pratt<br>) Magistrate Judge Debra McVicker Lynch |
| Franklin County, Indiana, | ) |
| Defendant. | )<br>)<br>)<br>) |

### MOTION OF JOCELYN FLOYD TO APPEAR PRO HAC VICE

Pursuant to S.D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Franklin County, Indiana, in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and am in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

Supreme Court of Illinois: 2010

Northern District of Illinois: 2014

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by those rules and standards.

4. A check in the amount of Thirty Dollars ($30.00) (or a credit card payment, if the Clerk accepts such payments) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter and Order granting leave to appear *pro hac vice* for the purposes of this cause only.

Dated: December 19, 2014

                                              Respectfully submitted,

                                              /s/ Jocelyn Floyd
                                              Jocelyn Floyd
                                              Thomas More Society
                                              19 S. LaSalle St., Ste. 603
                                              Chicago, IL 60603
                                              Tel: 312-782-1680
                                              Fax: 312-782-1887

## **CERTIFICATE OF SERVICE**

I certify that on December 19, 2014, a copy of the foregoing Motion to Appear *Pro Hac Vice* was hand-delivered to the following:

>Gavin M. Rose
>ACLU of Indiana
>1031 E. Washington St.
>Indianapolis, IN 46202
>317-635-4059
>Fax: 317-635-4105
>grose@aclu-in.org
>*Attorneys for Plaintiff*
>
>Rebecca Markert
>Sam Grover
>Freedom from Religion Foundation
>PO Box 750
>Madison, WI 53701
>608-256-8900
>Fax: 608-204-0422
>rmarkert@ffrf.org
>sgrover@ffrf.org
>*Attorneys for Plaintiff*

/s/ Jocelyn Floyd
Jocelyn Floyd

Thomas More Society
19 S. LaSalle St., Ste. 603
Chicago, IL 60603
Tel: 312-782-1680
Fax: 312-782-1887

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Freedom from Religion Foundation, Inc. Steve Kristoff, and Renana Gross,<br><br>Plaintiffs,<br><br>v.<br><br>Franklin County, Indiana,<br><br>Defendant. | Case No. 1:14-cv-02047-TWP-DML<br><br>District Judge Tanya Walton Pratt<br>Magistrate Judge Debra McVicker Lynch |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Jocelyn Floyd, counsel for Franklin County, Indiana, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED.


Dated: _____

_____
Hon.
United States District Court
Southern District of Indiana


Copies to:

Distribution to all registered counsel by CM/ECF.