# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Freedom from Religion Foundation, Inc. Steve Kristoff, and Renana Gross, </br></br>　　　　　　Plaintiffs, </br></br>v. </br></br>Franklin County, Indiana, </br></br>　　　　　　Defendant. | Case No. 1:14-cv-02047-TWP-DML </br></br>District Judge Tanya Walton Pratt </br>Magistrate Judge Debra McVicker Lynch |

## MOTION OF PETER BREEN TO APPEAR PRO HAC VICE

Pursuant to S.D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Franklin County, Indiana, in the above-styled cause only. In support of this motion, the undersigned states:

1.　I am admitted to practice and am in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

Supreme Court of Illinois: 2000

Northern District of Illinois: 2008

District of Colorado

Western District of Michigan

Court of Appeals for Federal Circuit

3rd Circuit Court of Appeals

6th Circuit Court of Appeals

7th Circuit Court of Appeals

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by those rules and standards.

4. A check in the amount of Thirty Dollars ($30.00) (or a credit card payment, if the Clerk accepts such payments) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter and Order granting leave to appear *pro hac vice* for the purposes of this cause only.

Dated: December 19, 2014

Respectfully submitted,

/s/ Peter Breen
Peter Breen
Thomas More Society
19 S. LaSalle St., Ste. 603
Chicago, IL 60603
Tel: 312-782-1680
Fax: 312-782-1887

## CERTIFICATE OF SERVICE

I certify that on December 19, 2014, a copy of the foregoing Motion to Appear *Pro Hac Vice* was hand-delivered to the following:

>Gavin M. Rose
>ACLU of Indiana
>1031 E. Washington St.
>Indianapolis, IN 46202
>317-635-4059
>Fax: 317-635-4105
>grose@aclu-in.org
>*Attorneys for Plaintiff*


>Rebecca Markert
>Sam Grover
>Freedom from Religion Foundation
>PO Box 750
>Madison, WI 53701
>608-256-8900
>Fax: 608-204-0422
>rmarkert@ffrf.org
>sgrover@ffrf.org
>*Attorneys for Plaintiff*

/s/ Peter Breen
Peter Breen

Thomas More Society
19 S. LaSalle St., Ste. 603
Chicago, IL 60603
Tel: 312-782-1680
Fax: 312-782-1887

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Freedom from Religion Foundation, Inc. Steve Kristoff, and Renana Gross, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 1:14-cv-02047-TWP-DML |
| v. | ) District Judge Tanya Walton Pratt<br>) Magistrate Judge Debra McVicker Lynch |
| Franklin County, Indiana, | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Peter Breen, counsel for Franklin County, Indiana, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED.

Dated: _____

_____
Hon.
United States District Court
Southern District of Indiana

Copies to:

Distribution to all registered counsel by CM/ECF.