UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Freedom from Religion Foundation, Inc. Steve Kristoff, and Renana Gross, | |
| Plaintiffs, | Case No. 1:14-cv-02047-TWP-DML |
| v. | District Judge Tanya Walton Pratt<br>Magistrate Judge Debra McVicker Lynch |
| Franklin County, Indiana, | |
| Defendant. | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Jocelyn Floyd, counsel for Franklin County, Indiana, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED.

Dated: December 19, 2014

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Copies to:

Distribution to all registered counsel by CM/ECF.

Jocelyn FLoyd
Thomas More Society
19 S. LaSalle St., Ste. 603
Chicago, IL 60603