UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| Freedom from Religion Foundation, Inc., Steve Kristoff, and Renana Gross,<br><br>Plaintiffs,<br><br>v.<br><br>Franklin County, Indiana,<br><br>Defendant. | Case No. 1:14-cv-02047-TWP-DML<br>Hon. Tanya Walton Pratt |

## DEFENDANT'S ANSWER

1. Defendant ADMITS that a Nativity is erected annually, that it includes the baby Jesus, that it will remain until early January, that plaintiffs object to the scene, and DENIES the remainder of the allegations in Paragraph 1.

2. Defendant ADMITS that this Court has jurisdiction.

3. Defendant ADMITS that venue is proper.

4. Defendant ADMITS that Federal Rule of Civil Procedure 57 and 28 U.S.C. §§ 2201 and 2202 govern declaratory relief, but DENIES that such relief is authorized in this case.

5. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 5 and thus DENIES the allegations of Paragraph 5.

6. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 6 as to FFRF and DENIES those allegations and all other allegations in that Paragraph.

7. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 7 and thus DENIES the allegations of Paragraph 7.

8. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 8 and thus DENIES the allegations of Paragraph 8.

9. Defendant ADMITS the allegations of paragraph 9.

10. Defendant ADMITS the allegations of paragraph 10.

11. Defendant ADMITS that the entrance to the Courthouse abuts U.S. Highway 52, DENIES that U.S. Highway 52 is known in places as Brookville Road, has no knowledge as to the extent of Highway 52 and DENIES the remaining allegations.

12. Defendant DENIES the allegations of paragraph 12.

13. Defendant DENIES that the figurines of the Nativity are life-sized, but ADMITS that the Nativity consists of a depiction of the birth of Jesus Christ, includes figurines of Baby Jesus, Mary, Joseph, three Wise Men, at least one angel, and multiple animals. Defendant ADMITS that nativity scenes are a well-recognized symbol of the Christian faith.

14. Defendant ADMITS the allegations of paragraph 14.

15. Defendant ADMITS that the lights of the Nativity are plugged into a publicly available outlet on the side of the Courthouse, but DIENIES the County pays for the electricity that flows through that outlet, as the County has set up a meter to track the usage and the private citizen sponsors are required to reimburse the County, and DENIES all remaining allegations.

16. Defendant ADMITS that reindeer are displayed on the Courthouse lawn and lit after dark, and DENIES all remaining allegations.

17. Defendant ADMITS that the Courthouse lawn has living evergreen trees year round and a veteran's memorial that contains Bible verses among many other written statements, and DENIES all remaining allegations.

18. Defendant ADMITS the allegations of paragraph 18.

19. Defendant ADMITS that in 2010, FFRF contacted the County by letter to complain of the Nativity and that it did not send a response to FFRF's letter, and DENIES all remaining allegations.

20. Defendant ADMITS that the Nativity was moved away from the flag pole in 2011, but further AFFIRMATIVELY STATES that the movement was at the request of the private citizen sponsors of the Nativity. Defendant ADMITS that the Nativity has been in this location since 2011 and that the Courthouse entrance is directly adjacent to U.S. Highway 52, but DENIES the remaining allegations.

21. Defendant ADMITS that a Franklin County commissioner made the cited statements, but AFFIRMATIVELY STATES that he did so in his private capacity and not as a representative of Defendant Franklin County and DENIES all remaining allegations.

22. Defendant ADMITS that the Nativity is displayed each year roughly within the time frame alleged.

23. Defendant DENIES the allegations of Paragraph 23.

24. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 24 and thus DENIES the allegations of Paragraph 24.

25. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 25 and thus DENIES the allegations of Paragraph 25.

26. Defendant DENIES the allegations of Paragraph 26.

27. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 27 and thus DENIES the allegations of Paragraph 27.

28. Defendant DENIES the allegations of Paragraphs 28-30 and the "Request for Relief."

## **AFFIRMATIVE DEFENSES**

1. Plaintiffs are not entitled to relief due to estoppel.

2. Plaintiffs are not entitled to relief due to laches.

3. Plaintiffs are not entitled to relief because their requested relief is unconstitutional.

4. Defendants reserve the right to supplement these affirmative defenses once they have had a full opportunity to review the complaint and investigate the relevant facts and law.

Respectfully submitted,

/s/ John Worth
One of the attorneys for Defendant

John Worth
Worth Law Office
136 E 2nd Street
P.O. Box 309
Rushville, IN 46173-0309
Tel: 765-932-2242
Fax: 765-932-2928

Peter Breen, *pro hac vice* pending
Jocelyn Floyd, *pro hac vice* pending
Thomas More Society
19 S. LaSalle St., Ste. 603
Chicago, IL 60603
Tel: 312-782-1680
Fax: 312-782-1887

## **CERTIFICATE OF SERVICE**

I certify that on December 19, 2014, a copy of the foregoing Response to Plaintiffs' Motion for Temporary Injunction was hand-delivered to the following in open court:

>Gavin M. Rose
>ACLU of Indiana
>1031 E. Washington St.
>Indianapolis, IN 46202
>317-635-4059
>Fax: 317-635-4105
>grose@aclu-in.org
>*Attorneys for Plaintiff*
>
>Rebecca Markert
>Sam Grover
>Freedom from Religion Foundation
>PO Box 750
>Madison, WI 53701
>608-256-8900
>Fax: 608-204-0422
>rmarkert@ffrf.org
>sgrover@ffrf.org
>*Attorneys for Plaintiff*

>/s/ John Worth
>John Worth

John Worth,
Worth Law Office
136 E 2nd Street
P.O. Box 309
Rushville, IN 46173-0309
Tel: 765-932-2242
Fax: 765-932-2928

Peter Breen, *pro hac vice* pending
Jocelyn Floyd, *pro hac vice* pending
Thomas More Society
19 S. LaSalle St., Ste. 603
Chicago, IL 60603
Tel: 312-782-1680
Fax: 312-782-1887