UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Freedom from Religion Foundation, Inc. Steve Kristoff, and Renana Gross, <br><br> Plaintiffs, <br><br> v. <br><br> Franklin County, Indiana, <br><br> Defendant. | Case No. 1:14-cv-02047-TWP-DML <br><br> District Judge Tanya Walton Pratt <br> Magistrate Judge Debra McVicker Lynch |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Peter Breen, counsel for Franklin County, Indiana, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED.

Dated: December 19, 2014

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Copies to:

Distribution to all registered counsel by CM/ECF.

Peter Breen
Thomas More Society
19 S. LaSalle St., Ste. 603
Chicago, IL 60603