UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | ) | |
| STEVE  KRISTOFF, | ) | |
| RENANA  GROSS, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:14-cv-02047-TWP-DML |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANKLIN COUNTY, INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR DECEMBER 19, 2014
FOR MAGISTRATE JUDGE DEBRA MCVICKER LYNCH**

**ORDER VACATING HEARING**

On the agreement of the parties, the preliminary injunction hearing set for December 22, 2014 is vacated.

The Magistrate Judge will schedule a conference with counsel to address discovery, briefing, and the rescheduled hearing.


Distribution:

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Jocelyn  Floyd
THOMAS MORE SOCIETY
19 S. LaSalle St., Ste. 603
Chicago, IL 60603

Peter  Breen
THOMAS MORE SOCIETY
19 S. LaSalle St., Ste. 603
Chicago, IL 60603

John O. Worth
WORTH LAW OFFICE
worthlaw@hotmail.com