IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:14-cv-02047-TWP-DML |
| FRANKLIN COUNTY, INDIANA, | ) ) ) | |
| Defendant. | ) | |

### ORDER

The plaintiffs having filed their Motion to Withdraw Preliminary Injunction Motion ("Motion"), and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the plaintiffs' Motion for Preliminary Injunction (ECF No. 6) is hereby withdrawn, without prejudice to its refiling if circumstances dictate.

**SO ORDERED.**

12/22/2014
_____
Date

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Cc:   All ECF-registered counsel of record