UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:14-cv-02047-TWP-DML ) ) |
| FRANKLIN COUNTY, INDIANA, | ) ) ) |
| Defendant. | ) ) ) |

## Order Setting Status Conference

The court sets this case for a telephone status conference on **January 8, 2015, at 1:30 p.m.**  Counsel are to contact the court at 317.229.3630 to participate in the conference.  Where multiple counsel representing a party are participating in the conference, those counsel should call in to the court on a single line.

So ORDERED.

Date:  December 23, 2014

                                                Debra McVicker Lynch
                                                United States Magistrate Judge
                                                Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system