IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
December 23, 2014

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:14-cv-02047-TWP-DML |
| FRANKLIN COUNTY, INDIANA, | ) ) | |
| Defendant. | ) ) | |

## NOTICE

**COME NOW** both parties, by their respective counsel, and notify the Court that, in exchange for the withdrawal of the plaintiffs' preliminary injunction motion, the defendants agreed that the 2014 nativity scene at issue in this litigation would be removed from the lawn outside the Franklin County Courthouse no later than December 26, 2014. This agreement is intended by both parties to resolve the plaintiffs' preliminary injunction motion but is not intended to resolve any other issues presented by this case. Plaintiffs reserve the right to reassert their preliminary injunction motion if this case is not resolved prior to the erection of the 2015 nativity scene on the Franklin County Courthouse lawn.

**WHEREFORE,** the parties respectfully provide the Court with this notice, and request all proper relief.

| | |
|---|---|
| */s/ Gavin M. Rose* | */s/ Peter Breen (with permission)* |
| Gavin M. Rose | Peter Breen, *Pro Hac Vice* |
| ACLU of Indiana | Thomas More Society |
| 1031 E. Washington St. | 19 S. LaSalle St., Ste. 603 |
| Indianapolis, IN  46202 | Chicago, IL  60603 |
| | |
| *Counsel for the plaintiffs* | *Counsel for the defendant* |

1