AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of INDIANA

FREEDOM FROM RELIGION FOUNDATION, et al.

V.

FRANKLIN COUNTY, INDIANA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:14-cv-2047-TWP-DML

TO: (Name and address of Defendant)

Franklin County, Indiana
c/o County Commissioners
Franklin County Government Center
1010 Franklin Ave.
Brookville, IN 47012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46204

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 1300 S. Harrison Street, Fort Wayne, Indiana 46802, within a reasonable period of time after service.

CLERK OF COURT, Laura A. Briggs

BY: Amy McClellan, Deputy Clerk

CLERK

12/16/2014
DATE

(By) DEPUTY CLERK

```
ERROR: undefined
OFFENDING COMMAND: 1#NAN

STACK:

9.36856e+18
1.8167e-39
0
```

Service By:

Gavin M. Rose (12/24/14)
1031 E. Washington St.
Indianapolis, IN 46202

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Franklin County, Indiana
c/o County Comm'rs
1010 Franklin Ave.
Brookville, IN 47012

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): STEPHEN BRACK
B. Date of Delivery:
C. Signature: X [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7012 0470 0001 7912 5237

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952