UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., STEVE KRISTOFF, RENANA GROSS, <br><br> Plaintiffs, <br><br> vs. <br><br> FRANKLIN COUNTY, INDIANA, <br><br> Defendant. | No. 1:14-cv-02047-TWP-DML |

Entry and Order from Status Conference

The parties, by counsel, appeared for a telephone status conference on January 8, 2015, with the magistrate judge. The defendant's response to the Amended Complaint is due January 23, 2015. Counsel are directed to confer and file by January 30, 2015, a proposed case schedule to address discovery, briefing, and any other matter necessary to resolution of the case. If counsel cannot agree on a schedule, they must file notice of that by January 30, 2015, and the court will enter a scheduling order.

So ORDERED.

Date: January 12, 2015

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system