UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., STEVE KRISTOFF, RENANA GROSS, <br><br> Plaintiffs, <br><br> vs. <br><br> FRANKLIN COUNTY, INDIANA, <br><br> Defendant. | No. 1:14-cv-02047-TWP-DML |

## Order Granting Motion to Appear *Pro Hac Vice*

This case is before the court on the motion for Rebecca Markert to appear *Pro Hac Vice* on behalf of plaintiffs, Freedom from Religion Foundation, Steve Kristoff, and Renana Gross. Having considered the motion, the court determines it should be granted. Therefore, Rebecca Markert is granted leave to appear *pro hac vice* in this case on behalf of the plaintiffs. The court FURTHER ORDERS that Rebecca Markert register as a user of the court's electronic case filing system by January 30, 2015. Failure to register could result in the revocation of her admission *pro hac vice.*

So ORDERED.

Date: January 15, 2015

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Service via first-class U.S. Mail on:

Rebecca Markert
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701