# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Freedom from Religion Foundation, Inc., Steve Kristoff, and Renana Gross, | ) ) ) |
| Plaintiffs, | ) ) Case No. 1:14-cv-02047-TWP-DML |
| v. | ) ) District Judge Tanya Walton Pratt ) Magistrate Judge Debra McVicker Lynch |
| Franklin County, Indiana, | ) ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS THIS CASE AS MOOT, PURSUANT TO RULE 12(b)(1) AND 12(b)(6), AND TO RECONSIDER THE COURT'S PRIOR SCHEDULING ORDERS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant, Franklin County, Indiana, by and through its undersigned counsel, moves that this Court dismiss Plaintiffs' Amended Complaint, with prejudice.  As set forth more fully in Defendants Memorandum in Support of their Motion to Dismiss, this case should be dismissed for mootness in light of changed circumstances, specifically a new public forum ordinance enacted by the Franklin County Board of Commissioners (Memorandum, Exh. A) and the withdrawal by Plaintiffs of their request for injunctive relief (dkt 39).

Defendant also moves that this Court reconsider its prior scheduling Orders (dkts 29 & 38) and not set schedules for discovery, summary judgment, and trial, prior to deciding Defendant's Motion to Dismiss and determining whether the Court has jurisdiction to hear this case.

WHEREFORE, Defendant respectfully requests this Court dismiss Plaintiffs' Amended Complaint, with prejudice, as moot in its entirety; reconsider its prior scheduling order and stay

the imposition of discovery, summary judgment, and trial schedules until the Motion to Dismiss is decided; and grant it all other relief to which it may be justly entitled on the premises.

                                              Respectfully submitted,

                                              /s/ Peter Breen
                                              One of the attorneys for Defendant

| | |
|---|---|
| Peter Breen, *pro hac vice* | John O. Worth |
| Jocelyn Floyd, *pro hac vice* | Worth Law Office |
| Thomas More Society | 136 E 2nd Street |
| 19 S. LaSalle St., Ste. 603 | P.O. Box 309 |
| Chicago, IL 60603 | Rushville, IN 46173-0309 |
| Tel: 312-782-1680 | Tel: 765-932-2242 |
| Fax: 312-782-1887 | Fax: 765-932-2928 |

## CERTIFICATE OF SERVICE

      I, Peter Breen, an attorney of record in this case, certify that I served this document and all referenced attachments on all counsel of record via the Clerk of Court's CM/ECF system on February 6, 2015.

                                              /s/ Peter Breen