UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Freedom from Religion Foundation, Inc., Steve Kristoff, and Renana Gross, | ) ) ) |
| Plaintiffs, | ) Case No. 1:14-cv-02047-TWP-DML ) ) |
| v. | ) District Judge Tanya Walton Pratt ) |
| Franklin County, Indiana, | ) Magistrate Judge Debra McVicker Lynch ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY**

Defendant, Franklin County, Indiana, by its undersigned counsel, hereby moves that it be allowed an additional 21 days to file its Reply in Support of Motion to Dismiss and states in support as follows:

1. On February 6, 2015, Defendant filed their Motion to Dismiss this Case as Moot, etc.

2. On February 9, 2015, Plaintiffs filed their Unopposed Motion for Extension of Time to File Proposed Schedule, etc.

3. On February 11, 2015, this Court granted Plaintiffs' motion, putting off the issue of a proposed case schedule until after consideration of the Motion to Dismiss and setting a briefing schedule on the Motion to Dismiss, allowing Plaintiffs until March 23 to respond and Defendant until April 27 to reply.

4. On April 1, 2015, the Illinois Appellate Court, Second District, entered an Order in *Fox Valley Families, et al. v. Planned Parenthood of Illinois, et al.*, setting oral argument in the Appeal of that matter for April 27, the same day as Defendant's Reply is due in this matter.

5. Counsel Breen is lead counsel in *Fox Valley Families* and has been designated to argue that matter before the Appellate Court.

6. Counsel Breen is also an Illinois State Representative, who will be returning to Springfield for the heart of the legislative session on Tuesday of next week.

7. Due to the need to prepare for oral argument and to attend to his legislative duties, Defense Counsel is unable to spend the time necessary between now and April 27 to prepare the Reply on behalf of Defendant here. Defendant thus requests an additional 21 days to file that Reply.

8. Plaintiffs' Counsel has represented to Defense Counsel that Plaintiffs do not object to this request for extension.

9. As all other matters in this case have been put off, there is no prejudice to the parties, the Court, or the interests of justice in granting this extension.

WHEREFORE, Defendant respectfully requests this Court grant it an extension of 21 days, to May 18, 2015, to file its Reply in Support of its Motion to Dismiss, and for all other relief to which it may be justly entitled on the premises.

    Respectfully submitted,

    /s/ Peter Breen
    *One of the attorneys for Defendant*

John O. Worth
Worth Law Office
136 E 2nd Street
P.O. Box 309
Rushville, IN 46173-0309
Tel: 765-932-2242
Fax: 765-932-2928

Peter Breen, *pro hac vice*
Jocelyn Floyd, *pro hac vice*
Thomas More Society

19 S. LaSalle St., Ste. 603
Chicago, IL 60603
Tel: 312-782-1680
Fax: 312-782-1887

## CERTIFICATE OF SERVICE

    I, Peter Breen, an attorney of record in this case, certify that I served this document and all referenced attachments on all counsel of record via the Clerk of Court's CM/ECF system on April 10, 2015.

    /s/ Peter Breen