UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Freedom from Religion Foundation, Inc., Steve Kristoff, and Renana Gross, | ) ) ) |
| Plaintiffs, | ) Case No. 1:14-cv-02047-TWP-DML ) ) |
| v. | ) District Judge Tanya Walton Pratt ) |
| Franklin County, Indiana, | ) Magistrate Judge Debra McVicker Lynch ) |
| Defendant. | ) |

**PROPOSED ORDER**

This matter coming before the Court on Defendant's Unopposed Motion for Extension of Time to Reply, all parties having proper notice and the Court fully advised on the premises, it is HEREBY ORDERED that:

Defendant's Unopposed Motion is GRANTED. Defendant shall have until May 18, 2015, to file its Reply in Support of its Motion to Dismiss.

Date: _____ , 2015           _____

Prepared by:
Peter Breen, *pro hac vice*
Thomas More Society
19 S. LaSalle St., Ste. 603
Chicago, IL 60603
Tel: 312-782-1680
Fax: 312-782-1887

**L.R. 5-5(d) Statement:** Service of this Order will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.