UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Freedom from Religion Foundation, Inc., Steve Kristoff, and Renana Gross, | ) ) ) |
| Plaintiffs, | ) Case No. 1:14-cv-02047-TWP-DML ) |
| v. | ) District Judge Tanya Walton Pratt ) |
| Franklin County, Indiana, | ) Magistrate Judge Debra McVicker Lynch ) |
| Defendant. | ) |

**ORDER**

This matter coming before the Court on Defendant's Unopposed Motion for Extension of Time to Reply, all parties having proper notice and the Court fully advised on the premises, it is HEREBY ORDERED that:

Defendant's Unopposed Motion (Dkt. 45) is GRANTED. Defendant shall have until May 18, 2015, to file its Reply in Support of its Motion to Dismiss.

Date: April 14, 2015

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.