**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., STEVE KRISTOFF, and RENANA GROSS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:14-cv-02047-TWP-DML |
| FRANKLIN COUNTY, INDIANA, | ) ) ) |
| Defendant. | ) |

### FINAL JUDGMENT

Having this day granted Defendant's Motion to Dismiss, the Court hereby enters JUDGMENT in favor of Defendant.  Plaintiffs shall take nothing by way of their complaint.

SO ORDERED:

Dated: 9/23/2015

_____

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

DISTRIBUTION:

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Rebecca S. Markert
FREEDOM FROM RELIGION FOUNDATION
rmarkert@ffrf.org

Samuel T. Grover
FREEDOM FROM RELIGION FOUNDATION
sgrover@ffrf.org

Jocelyn D. Floyd
THOMAS MORE SOCIETY
jfloyd@thomasmoresociety.org

Peter C. Breen
THOMAS MORE SOCIETY
pbreen@thomasmoresociety.org

John O. Worth
WORTH LAW OFFICE
worthlaw@hotmail.com